ORDERED.

Dated: December 24, 2019

/s/ Catherine McEwen
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                                                CASE NO.: 19-02234
                                                                                                             CHAPTER 7
**Elizabeth Mary Felix**

    **Debtor.**

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on Quicken Loans Inc., ("Secured Creditor") Motion for Relief from Stay (Docket No. 35). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 4264 Revere Cir New Port Richey Florida 34653 in Pasco County, Florida, and legally described as:

## LEGAL DESCRIPTION
### EXHIBIT "A"

Lot 617-B, of MILLPOND ESTATES, SECTION TWO, according to the Plat thereof, as recorded in Plat Book 24, Pages 12,13,14,15 and 16, of the Public Records of Pasco County, Florida.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

7. This Court makes no determination that the Debtor has defaulted on the underlying obligation.

###

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties that do not receive electronic notice via CM/ECF and file a proof of service within 3 days of entry of the order.